■ JULIA M. MORSE, Appellant, v WYOMING COUNTY COMMUNITY HOSPITAL AND NURSING FACILITY et al., Respondents. (Appeal No. 1.) [758 NYS2d 876] —Appeal from an order of Supreme Court, Wyoming County (Griffith, J.), entered May 13, 2002, which, inter alia, granted defendants' cross motion seeking summary judgment dismissing the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.,* 147 AD2d 977 [1989]). Present—Wisner, J.P., Scudder, Kehoe, Gorski and Lawton, JJ.